U.S. DISTRICT COURT
EASTERN DISTRICT WI
GREEN BAY

'06 DEC -1 A 11:50

FILED
SOFRON B. NEDILSKY, CLERK
MAIL-REC'D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARBY DENTAL SUPPLY, LLC

Plaintiff,

vs.   Case No.: 06-C-1178

DENTAL HEALTH PRODUCTS, INC. and
TIMOTHY PLEGER,

Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR WAIVER OF THE ELECTRONIC FILING REQUIREMENT

Upon the attached motion and not having received objection from any party,

IT IS HEREBY ORDERED that the electronic filing requirement for the defendants' attorney is hereby waived.

Dated this _1st_ day of _December_, 2006.

BY THE COURT:

_____
Honorable William C. Griesbach
U.S. District Court, Eastern District of Wisconsin